IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

THE PAPER MILL STORE, INC,
A Wisconsin Corporation,

              Plaintiff,
  v.

                                                              Case No.: 14-cv-354

AARBS PAPER, INC.,
A Washington Corporation,

              Defendant.
_____

## ENTRY OF DEFAULT
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that defendant Aarbs Paper, Inc., has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the declaration of the attorney for the plaintiff, the Clerk hereby enters the default of defendant Aarbs Paper, Inc., pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this 19th day of June, 2014.

                                                         s/Lynn Kamke, Deputy Clerk
                                                         _____
                                                         PETER OPPENEER, Clerk of Court