IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

THE PAPER MILL STORE, INC.,

    Plaintiff,                                                    ORDER

    v.                                                              14-cv-354-wmc

AARBS PAPER, INC.,

    Defendant.
_____

    The court is in receipt of the parties' joint motion to vacate entry of default (dkt. #21), which is GRANTED.  Defendant Aarbs Paper, Inc. may have until August 4, 2014, to answer, move, or otherwise respond to plaintiff's motion.  In the motion, the parties also explain that while defendant agrees to pay plaintiff reasonable attorney's fees incurred in pursuing default, the parties dispute the appropriate amount.  The parties propose that the court set a briefing schedule and determine a fee award.  This is overkill.  Plaintiff submitted a two-page motion for entry of default, of which the caption and signature takes up at least half of the space. (Dkt. #6.)  In addition, plaintiff submitted a simple seven paragraph declaration by plaintiff's counsel.  (Dkt. #7.)  Plaintiff has not submitted a default judgment motion or accompanying affidavits, though the court will assume that plaintiff's counsel was working on these submissions at the time counsel for defendant contacted plaintiff.  (In the submission, plaintiff seeks fees for work incurred up to July 3, 2014, the date defendant's counsel contacted plaintiff.)  Even crediting work on those planned submissions, the court finds it unlikely that plaintiff's *reasonable* attorney's fees exceed $2,000.  Accordingly, the court will allow plaintiff ten (10) days to

submit a fee request, along with a copy of all billing records *and* actual work to date on the motion for default and preparing the motion for default judgment in.  If the court requires anything more from either party to decide upon a reasonable fee award, it will notify the parties.

    Entered this 22nd day of July, 2014.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    William M. Conley
                                    District Judge